United States District Court
Western District of Texas
Midland-Odessa
**Deficiency Notice**

| | |
|---|---|
| To: | Bynum, Franklin Gordon |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, August 16, 2018 |
| Re: | 07:18-CR-00029-DC / Doc # 36 / Filed On: 08/15/2018 07:27 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.**  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Incorrect hearing date of Rearraignment. Additionally, wrong docketing event was used. Please refile a corrected Transcript Request using "Transcript Request (Appeal)" Event located under "Other Documents" Category in CM-ECF.